GARY M. RESTAINO
United States Attorney
District of Arizona

JENNIFER F. LEVINSON
Arizona State Bar Number 020551
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
jennifer.levinson@usdoj.gov
Attorneys for the United States

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Forfeiture Proceeding Involving the Drug Enforcement Administration's seizure of:<br><br>2016 Tesla Model X, bearing Arizona license plate TYTINX,<br>VIN: 5YJXCAE4XGF001112, seized from Ty Logan Mealey. | MC-22-00036-PHX-DWL<br><br>**MOTION TO SEAL**<br>(Filed Under Seal) |

The United States of America moves for an Order sealing its *Ex Parte* Motion to Extend Time to File Complaint for Forfeiture and/or to Obtain Indictment Alleging Forfeiture, including any attachments and this Motion, for reasons stated in the attached Affidavit.

Respectfully submitted this 22nd day of August 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*/S/ Jennifer F. Levinson*
JENNIFER F. LEVINSON
Assistant United States Attorney