GARY M. RESTAINO
United States Attorney
District of Arizona

JOSEPH F. BOZDECH
California State Bar Number 303453
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Email: joseph.bozdech@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Forfeiture Proceeding Involving the Drug Enforcement Administration's seizure of:<br><br>2016 Tesla Model X, bearing Arizona license plate TYTINX,<br>VIN: 5YJXCAE4XGF001112, seized from Ty Logan Mealey. | MC 22-00036-PHX-DWL<br><br>**STATUS REPORT** |

On August 22, 2022, the government applied *ex parte* to extend the deadline to commence administrative forfeiture and moved to seal the application, affidavit and motion itself. The Court granted the application and sealed the matter. The government sought and the Court granted four extensions. The government will not seek any further extensions and the reason and justification for originally sealing this matter no longer exist. The government therefore does not object to unsealing and closing this matter.

Respectfully submitted this 29th day of March, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

/S/ Joseph F. Bozdech
JOSEPH F. BOZDECH
Assistant United States Attorney

FILED
Mar 29 2023
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA